IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| GOYA FOODS, INC.,<br><br>    Plaintiff,<br><br>    v<br><br>ULPIANO UNANUE-CASAL a/k/a<br>CHARLES UNANUE, LILIANE UNANUE,<br>and KALIF TRADING, INC.,<br><br>    Defendants. | CIVIL NO. 95-2411 (JAF)<br><br>CIVIL ACTION |

## ORDER FOR EXECUTION AND
## APPOINTMENT OF SPECIAL MASTER

Having reviewed the "Motion for Further Execution of Judgment and Appointment of Special Master" filed by plaintiff Goya Foods, Inc. ("Goya") on June 20, 2006, and it appearing that defendants have not fully satisfied the Judgment entered herein against them on October 31, 1997 (Docket No. 227), as amended on March 10, 1998 (Docket No. 245) and December 14, 1998 (Docket No. 275) (the "Judgment"), or the underlying judgment of the Superior Court of New Jersey upon which this Court's Judgment was based, and it further appearing that more than ten (10) days have elapsed from the entry of the Judgment, and that there is no stay in effect which may affect the enforceability and execution of the Judgment, it is hereby:

**ORDERED** that Alberto Bacó Bagué, Esq., be and is hereby appointed Special Master to proceed forthwith with the public sale of defendant Charles Unanue's interest in property 229 (the "Property"), recorded in the Registry of Property, Caguas Part, Section II, at page 65 of volume 118 of San Lorenzo, free and clear of all liens and encumbrances, to the highest bidder in order to make effective the Judgment held by Goya.

The Property is more particularly described in the Spanish language as follows:

Civil No. 95-2411 (JAF)                                                     -2-

> RÚSTICA: Denominada "Carolina", radicada en el Barrio
> de la Quebrada de San Lorenzo, dedicada a siembra de
> caña de azúcar y pastos, compuesta de trescientas diecisiete
> (317) cuerdas con sesenta y dos (62) céntimos de otra,
> equivalentes a ciento veinticuatro (124) hectáreas, setenta y
> siete (77) áreas, veinticinco (25) centiáreas, de terreno alto
> y llano, en lindes por el NORTE, hoy con Joaquín Ramos;
> por el SUR, hoy Francisco Sánchez; por el ESTE,
> Sebastián Aponte y sucesión de Hilario Benítez y Francisco
> Santa, hoy y por el OESTE, con Joaquín Ramos y con la
> sucesión de don Jaime Vilá, hoy.

> Enclava en el antes mencionado terreno una casa.

Charles Unanue acquired his interest in the Property through inheritance.    Charles
Unanue's interest in the Property is equivalent to 1.2025%.

**ORDERED** that the Clerk of the Court shall issue a Writ of Execution directing Alberto
Bacó Bagué, Esq., Special Master, to make effective the Judgment awarded to Goya, together
with the costs of these proceedings, through the sale of the foregoing interest in the Property at a
public sale in the manner set by law for the sale of realty by execution.

**ORDERED** that the public sale shall be held at the Office of the Clerk of this Court.

**ORDERED** that a Notice of said sale shall be published once a week for at least four (4)
weeks prior to the date of the sale, in at least one newspaper regularly issued and of general
circulation in the Commonwealth of Puerto Rico.

**ORDERED** that the Special Master shall only accept in payment of the auctioned
property, currency of the United States or certified checks.  In the event said property is sold and
adjudicated to Goya, the amount of the bid made by Goya shall be deducted from the amount
owed by defendant Charles Unanue to Goya pursuant to the judgment of the Superior Court of
New Jersey dated February 23, 1995, and the amount owed by defendants pursuant to the

Civil No. 95-2411 (JAF)                                                                    -3-

Judgment of this Court, as amended, and only if said bid is greater than the money judgment

awarded to Goya shall Goya be required to pay the difference in currency or by certified check.

**ORDERED** that the Special Master may, either personally or by some person designated

by him to act in his name, place or stead, and by his authority, adjourn the sale from time to

time, without the need for further publication.

**ORDERED** that upon confirmation of the sale by this Court, the Special Master shall

execute and deliver a deed of conveyance of the auctioned property, in the manner prescribed by

law.

**IT IS SO ORDERED**.

San Juan, Puerto Rico, this _19th_ day of July, 2006.

                                                    JOSÉ ANTONIO FUSTE
                                                    United States District Judge